**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  03-cv-02504-REB-CBS

PETER HORNICK, an individual,

    Plaintiff,

v.

GARY BOYCE, and
JOANNE BOYCE, individuals,

    Defendants.

MINUTE ORDER

    The Stipulated Motion to Vacate Trial Date [#56], filed July 15, 2005, is GRANTED.  The trial preparation conference set for August 26, 2005, and the trial to court set to commence August 29, 2005, are VACATED.  The court shall conduct a telephone conference call on **October 17, 2005**, at 10:00 a.m. in order to reset this matter for a trial preparation conference and a trial to the court.  Counsel for the plaintiff shall initiate the call to defense counsel and the court.

Dated:  July 18, 2005
-----------------------------------------------------------------------------------------------------------------