IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-02504-REB-CBS

PETER HORNICK, an individual,
    Plaintiff,
v.

GARY BOYCE, and
JOANNE BOYCE, individuals,
    Defendants.

## ORDER DISCHARGING ORDER TO SHOW CAUSE

Magistrate Judge Craig B. Shaffer

    This matter comes before the court in response to the court's July 18th, 2005 Order to Show Cause why opposing counsel should not be disqualified pursuant to Rule 3.7 of the Colorado Rules of Professional Conduct from further participation as counsel in this action.

    The court, has reviewed Plaintiff's Response to Order to Show Cause filed August 10th, 2005, Defendants' Response to Order to Show Cause filed August 10th, 2005, Defendants' Reply to Plaintiff's Response to Order to Show Cause filed August 22nd, 2005, Plaintiff's Reply to Defendants' Response to Order to Show Cause filed August 25th, 2005, Plaintiff's counsel's Motion to Withdrawal filed August 9th, 2005, the entire case file, and the applicable law.  Being sufficiently advised of Defendants' counsel's intention not to call any witnesses from Hale Friesen, LLP, and after

1

granting Plaintiff's counsel's Motion to Withdrawal, the court ORDERS that:

1. The July 18th, 2004 Order to Show Cause (doc. # 61) is hereby DISCHARGED.

2. An Amended Pre-Trial Order shall be filed with the court by September 23rd, 2005, stating that no members of Defendants' counsel, Hale Friesen, LLP, will be testifying as a witness.

3. A supplemental Pre-Trial Conference will be held on September 28th 2005 at 3:30 p.m. (Mountain Time) at the Alfred A. Arraj United States Courthouse, Courtroom A-402, Fourth Floor, 901 Nineteenth Street, Denver, Colorado, 80294.

DATED at Denver, Colorado, this 9th day of September, 2005.

BY THE COURT:

s/Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge