**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 03-cv-02504-REB-CBS

PETER HORNICK, an individual,

    Plaintiff,

v.

GARY BOYCE, and
JOANNE BOYCE, individuals,

    Defendants.

---

## MINUTE ORDER[1]

---

    Defendants' Notice of Withdrawal of Motion to Hold Plaintiff in Contempt for Violation of Fed.R.Civ.P.62(a) and Request for Forthwith Hearing [#120], filed September 20, 2006, is APPROVED and the motion to hold plaintiff in contempt [#119], filed September 19, 2006, is WITHDRAWN.

Dated: September 20, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.