**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  03-cv-02504-REB-CBS

PETER HORNICK, an individual,

    Plaintiff,

v.

GARY BOYCE, and
JOANNE BOYCE, individuals,

    Defendants.

## ORDER CONCERNING RELEASE OF JUDGMENT LIEN

**Blackburn, J.**

    This matter is before the court on its own motion.  In an effort to comply with the terms of this court's **Order Granting Defendants/counterclaimants' Forthwith Renewed Motion for Stay of Execution Pending Appeal Pursuant to Fed. R. Civ. P. 62(d) and for Approval of Supersedeas Bond** [#194], filed October 1, 2007, plaintiff, Peter Hornick, filed an executed Release of Judgment Lien [#195] with the court, via the court's CM/ECF electronic filing system.  The Clerk of the Court does not hold the original of Hornick's Release of Judgment Lien.

    Defendants Gary and Joanne Boyce have filed a supersedeas bond with the court, in an effort to comply with my order [#194].  That order requires that the Clerk of the Court release Hornick's Release of Judgment Lien to Gary and Joanne Boyce once the Boyces have filed a supersedeas bond in compliance with my order.  Counsel for the Boyces has indicated that they will accept, at least provisionally, a copy of

Hornick's Release of Judgment Lien, as filed on the court's CM/ECF system and certified by the Clerk of the Court, as sufficient compliance with my order [#94].

If acceptable to the parties, the procedure described above is acceptable to the court.  However, I conclude that, under the terms of this court's order [#94], defendants Gary and Joanne Boyce, are entitled to require delivery, by Hornick, of the executed original of Hornick's Release of Judgment Lien, as that document is reflected in docket entry [#195], should the Boyces determine that delivery of the executed original is necessary for the purpose of properly recording and effectuating the Release of Judgment Lien executed by Hornick.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the defendants, Gary and Joanne Boyce, **SHALL BE ENTITLED** to require delivery, by plaintiff Peter Hornick, of the executed original of Peter Hornick's Release of Judgment Lien, as that document is reflected in docket entry [#195], should the Boyces determine that delivery of the executed original is necessary for the purpose of properly recording and effectuating the Release of Judgment Lien;

2.  That the defendants, Gary and Joanne Boyce, **MAY NOTIFY** the court and the plaintiff of their demand for delivery of the executed original of Hornick's Release of Judgment Lien, as that document is reflected in docket entry [#195], by filing a notice with the court stating that they require delivery of the original;

3.  That on the filing of such notice, plaintiff Peter Hornick **SHALL TENDER** to the Clerk of the Court the executed original of Hornick's Release of Judgment Lien, as that document is reflected in docket entry [#195], within eleven (11) days after the filing of a notice of demand for delivery by the defendants, Gary and Joanne Boyce;

      4.  That following a tender of the original release by Hornick, the Clerk of the Court **SHALL RELEASE** to Gary and Joanne Boyce, or to their counsel of record, the executed original of Hornick's Release of Judgment Lien, as that document is reflected in docket entry [#195]; and

      5.  That Gary and Joanne Boyce, or their counsel of record, shall execute an appropriate receipt reflecting delivery of the executed original of Hornick's Release of Judgment Lien, as that document is reflected in docket entry [#195], when that document is delivered to them by the Clerk of the Court.

      Dated October 19, 2007, at Denver, Colorado.

      **BY THE COURT:**

      s/ Robert E. Blackburn
      **Robert E. Blackburn**
      **United States District Judge**