# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 03-cv-02504-REB-CBS

PETER HORNICK, an individual,

    Plaintiff,

v.

GARY BOYCE, and
JOANNE BOYCE, individuals,

    Defendants.

---

## MINUTE ORDER[1]

---

    In light of the relief granted in my **Order Granting Defendants/Counterclaimants' Forthwith Renewed Motion For Stay of Execution Pending Appeal Pursuant To Fed.R.Civ.P. 62(d) and for Approval of Supersedeas Bond** [#194], filed October 1, 2007, **Defendants/Counterclaimants' Motion To Quash Writs of Execution** [#180], filed June 20, 2007, is **DENIED** as moot.

    Dated: January 11, 2008

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.