IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 03-cv-02504-REB-CBS

PETER HORNICK, an individual,

    Plaintiff,

v.

GARY BOYCE, and
JOANNE BOYCE, individuals,

    Defendants.

# ORDER

**Blackburn, J.**

    The matter comes before me on the **Joint Motion To Dismiss Claims With Prejudice** [#211] filed October 11, 2008. After careful review of the motion and the file, the court has concluded that the motion should be granted.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Joint Motion To Dismiss Claims With Prejudice** [#211] filed October 14, 2008, is **GRANTED**; and

    2. That D&B's claim asserted in its Petition To Enforce Attorney's Lien [#208] and Hornick's counterclaim asserted in his response to the petition [#210] are **DISMISSED** with prejudice with each party to pay their attorney fees and costs.

    Dated October 14, 2008, at Denver, Colorado.

                                    **BY THE COURT:**

                                    **s/ Robert E. Blackburn**
                                    **Robert E. Blackburn**
                                    **United States District Judge**